## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
_____ X
ABDU AL QADER HUSSAIN AL-                 :
MUDAFARI,                                 :
                                          :
                Petitioner,               :
                                          :     Civil Action No. 05-cv-2185 (RCL)
           v.                             :
                                          :
BARACK H. OBAMA, et al.,                  :
                                          :
                Respondents.              :
_____ X
```

## PROPOSED ORDER GRANTING PETITIONER'S
## CONSENT MOTION FOR EXTENSION OF TIME

Upon consideration of Petitioner's Consent Motion for Extension of Time, the motion is

GRANTED. It is hereby

1. ORDERED that Petitioner shall file his motion for additional discovery on or before

February 18, 2011;

2. ORDERED that Respondent shall file their response to Petitioner's motion for

discovery on or before March 25, 2011;

3. ORDERED that Petitioner shall file his reply to Respondents' response on or before

April 8, 2011.

4. ORDERED that within fourteen days of the Court ruling on Petitioner's motion for

discovery, the parties will file a Joint Status Report proposing a schedule for moving forward

with this matter.

SO ORDERED.

_____2/1/11_____
Date

Royce C. Lamberth
Honorable Royce C. Lamberth
Chief Judge